UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSANDRA LACKMAN, an individual,<br><br>                      Plaintiff,<br><br>v.<br><br>BLAZIN WINGS, INC., a corporation; BUFFALO WILD WINGS, INC., a corporation; INSPIRE BRANDS, INC., a corporation; and DOES 1 through 25, Inclusive,<br><br>                      Defendants. | Case No.: 3:20-cv-01256-BEN-AHG<br><br>**ORDER GRANTING JOINT MOTION TO ALLOW PLAINTIFF TO FILE FIRST AMENDED COMPLAINT FOR DAMAGES**<br><br>**[ECF No. 16]** |

      This matter comes before the Court on the Parties' Joint Motion to Allow Plaintiff to file her First Amended Complaint ("FAC"). ECF No. 16.

      On June 2, 2020, Plaintiff filed her Complaint for Damages in San Diego County Superior Court. ECF No. 1-1. Defendants removed the action to this Court on July 6, 2020. ECF No. 1. Defendants filed their Answer on July 6, 2020. ECF No. 2.

      The Parties have agreed to allow Plaintiff to File an FAC to add one claim for relief for Failure to Provide Meal and Rest Periods. Mot., ECF No. 16; Proposed FAC, ECF No. 16-1. The Parties further stipulated that Plaintiff's added claim for relief for Failure to Provide Meal and Rest Periods will not relate back to the initial filing of

Plaintiff's Complaint.  *See* ECF No. 16.  Upon due consideration, the Court finds good cause to **GRANT** the Joint Motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff Cassandra Lackman is granted leave to amend to file her First Amended Complaint for Damages, adding one claim for relief for Failure to Provide Meal and Rest Periods.
2. The added claim for relief for Failure to Provide Meal and Rest Periods will not relate back to the initial filing of Plaintiff's Complaint.
3. Defendants' responsive pleading shall be due thirty (30) days after the First Amended Complaint for Damages is filed.

DATED: November 3, 2020

_____
**Hon. Roger T. Benitez**
United States District Court