UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSANDRA LACKMAN,<br><br>    Plaintiff,<br><br>v.<br><br>BLAZIN WINGS, INC., et al.,<br><br>    Defendants. | Case No.: 3:20-cv-1256-BEN-AHG<br><br>**ORDER GRANTING JOINT MOTION TO SUBMIT PLAINTIFF TO AN INDEPENDENT MENTAL EXAMINATION**<br><br>**[ECF No. 35]** |

This matter comes before the Court on the parties' Joint Motion to Submit Plaintiff to an Independent Mental Examination. ECF No. 35. According to the Joint Motion, the parties agree that, pursuant to Federal Rule of Civil Procedure 35, Plaintiff has placed her mental condition in controversy and good cause exists to submit Plaintiff to an Independent Mental Examination ("IME"). *Id.* ¶ 6.

Upon due consideration, the Court finds good cause to GRANT the Joint Motion. Accordingly, it is hereby **ORDERED**:

Plaintiff shall submit to a mental examination by forensic and clinical psychologist, Dr. Ellen Stein, over two days on February 24, 2021 and March 31, 2021. Day one will be held at Dr. Stein's office located at 3033 Fifth Avenue, Suite 220, San Diego, CA 92103 and will commence at 10:00 a.m. Day two will be held remotely by video conference and

will commence at 10:00 a.m. The two-day examination shall consist of generally accepted standardized psychological testing and a psychiatric interview of Plaintiff conducted by Dr. Stein.

The IME must be conducted in a manner consistent with the stipulated procedures and constraints set forth in the parties' Joint Motion.

**IT IS SO ORDERED.**

Dated:  February 17, 2021

_____
Honorable Allison H. Goddard
United States Magistrate Judge