Susan M. Swan, Bar No. 241503
sms@swanemploymentlaw.com
Laura M. Kelleher, Bar No. 299593
laura@swanemploymentlaw.com
SWAN EMPLOYMENT LAW
402 W. Broadway, Ste. 1120
San Diego, CA 92101
Telephone: 432-7935

Attorneys for Plaintiff
CASSANDRA LACKMAN

Stacey E. James, Bar No. 185651
sjames@littler.com
Brittany L. McCarthy, Bar No. 285947
blmccarthy@littler.com
LITTLER MENDELSON, P.C.
501 W. Broadway, Suite 900
San Diego, California 92101.3577
Telephone: 619.232.0441
Facsimile: 619.232.4302

Attorneys for Defendants
BLAZIN WINGS, INC.; BUFFALO WILD
WINGS, INC.; INSPIRE BRANDS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSANDRA LACKMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BLAZIN WINGS, INC., a corporation; BUFFALO WILD WINGS, INC., a corporation; INSPIRE BRANDS, INC., a corporation and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 3:20-cv-01256 BEN AHG<br><br>Judge: Roger T. Benitez<br>Magistrate Judge: Allison H. Goddard<br><br>**JOINT MOTION TO CONTINUE FINAL PRETRIAL CONFERENCE AND RELATED DATES**<br><br>Complaint Filed: June 2, 2020 |

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

JOINT MOTION TO CONTINUE FINAL PRETRIAL CONFERENCE

3:20-CV-01256 BEN AHG

Plaintiff CASSANDRA LACKMAN ("Plaintiff"), and Defendants BLAZIN WINGS, INC., BUFFALO WILD WINGS, INC., and INSPIRE BRANDS, INC. ("Defendants") (collectively the "Parties") by and through their respective counsel of record and following discussions at the Mandatory Settlement Conference, hereby submit the following Joint Motion to continue the Final Pretrial Conference and related dates from July 25, 2022 by 45 days to approximately September 12, 2022.

The Parties participated in and met and conferred following the Mandatory Settlement Conference. In light of the Parties' interest in participating in mediation and securing a date with Mediator Joann Rezzo for July 25, 2022, the Parties propose and submit that good cause exists to continue the Final Pretrial conference to August 29, 2022 (or another date that is convenient to the Court's calendar approximately 45 days later). The Parties request the related pretrial conference deadlines likewise be continued 45 days so the Parties may focus their attention on resolution and accordingly, request this Court likewise extend the Rule 26(a)(3) deadlines by a period of 45 days such that should the Parties be unable to resolve the matter, the exhibit and witness list exchange would continue on approximately August 15, 2022; the Rule 16.1(f)(4) meeting on approximately August 22, 2022; initial pretrial order exchange on August 29, 2022; and Final Pretrial Conference Order and objections be due on or about September 6, 2022.

NOW THEREFORE, Plaintiff and Defendants hereby submit that good cause exists, and based thereon, respectfully request this Court issue an order continuing the remote Final Pretrial Conference to **September 12, 2022** at 10:30 a.m., (or another date that is convenient to the Court) before District Judge Order Benitez, and all other dates be continued accordingly.

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

JOINT MOTION TO CONTINUE FINAL PRETRIAL CONFERENCE     2.     3:20-CV-01256 BEN AHG

| | |
|---|---|
| Dated:  June 27, 2022 | /s/Laura Kelleher<br>Susan M. Swan<br>Laura M. Kelleher<br>SWAN EMPLOYMENT LAW<br>Attorneys for Plaintiff<br>CASSANDRA LACKMAN |
| Dated:  June 27, 2022 | /s/ Brittany L. McCarthy<br>Stacey E. James<br>Brittany L. McCarthy<br>LITTLER MENDELSON, P.C.<br>Attorneys for Defendants<br>BLAZIN WINGS, INC.; BUFFALO WILD WINGS, INC.; INSPIRE BRANDS, INC. |

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Court's Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Laura Kelleher, counsel for Plaintiff Cassandra Lackman, and I have obtained Ms. Kelleher's authorization to affix her electronic signature to this document.

/s/ Brittany McCarthy
Brittany L. McCarthy

LITTLER MENDELSON, P.C.
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

JOINT MOTION TO CONTINUE FINAL PRETRIAL CONFERENCE        3.        3:20-CV-01256 BEN AHG