UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSANDRA LACKMAN,<br><br>              Plaintiff,<br><br>v.<br><br>BLAZIN WINGS, INC., et al.,<br><br>              Defendants. | Case No.:  3:20-cv-1256-BEN-AHG<br><br>**ORDER SETTING SETTLEMENT DISPOSITION CONFERENCE** |

On July 29, 2022, the parties jointly filed a Notice of Settlement. ECF No. 71. The parties anticipate that a joint motion to dismiss will be filed within 30 days. *Id*. Accordingly, the Court **SETS** a telephonic Settlement Disposition Conference ("SDC") for **September 12, 2022** at **11:00 a.m.** before the Honorable Allison H. Goddard. Counsel shall call the chambers teleconference line at 1-877-873-8018 and use 8367902 as the access code to join the conference.

By **September 8, 2022**, the parties must submit a *joint*, brief update to the Court via email (not filed) to efile_goddard@casd.uscourts.gov, regarding the status of the settlement and estimated time remaining before a joint motion to dismiss can be filed.

If the parties timely file a joint motion to dismiss prior to the conference, the SDC will be vacated without further court order.

All other pending dates and deadlines in the case are hereby **VACATED**.

**IT IS SO ORDERED.**

Dated:  July 29, 2022

_____
Honorable Allison H. Goddard
United States Magistrate Judge